Elisabeth French
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
1100 Park Place Tower
Birmingham, AL 35203
(205) 322-8880
(205) 328-2711 (fax)
Attorneys for Plaintiffs
Virgil Boutwell; Wynelle Davis; Stan Downey; Robert Dudzinski; O'dell Glass; Irene Johnson; David McBrayer; Aurelia Pitts; Geraldine Richardson; Gerald Robinson; John Savage; Nellie Stroecker; George Traweek; Juanell Wilkes; and Willie Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Virgil Boutwell         06 3495<br>Wynelle Davis          06-0880<br>Stan Downey           05 4495<br>Robert Dudzinski      06- 0880<br>O'dell Glass          06 2865<br>Irene Johnson         06 0370<br>David McBrayer        06 1710<br>Aurelia Pitts         06 2331<br>Geraldine Richardson  06 0880<br>Gerald Robinson       06 2331<br>John Savage           06 2865<br>Nellie Stroecker      06 0370<br>George Traweek        06 2865<br>Juanell Wilkes        06 1710<br>Willie Williams       06 0370<br><br>                    Plaintiffs,<br>       vs.<br>Pfizer, Inc., et al.<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Come now the above-referenced Plaintiffs and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: October 12, 2006.   PITTMAN, DUTTON, KIRBY & HELLUMS

By: _Elisabeth French_
Elisabeth French
Attorneys for Plaintiffs, Virgil Boutwell; Wynelle Davis; Stan Downey; Robert Dudzinski; O'dell Glass; Irene Johnson; David McBrayer; Aurelia Pitts; Geraldine Richardson; Gerald Robinson; John Savage; Nellie Stroecker; George Traweek; Juanell Wilkes; and Willie Williams

DATED: October 12, 2006.   GORDON & REES

By: _Stuart M. Gordon_
Stuart M. Gordon
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Oct. 20, 2006



Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

-2-